UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. NORMAN, | No. 2:15-cv-1346 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| DR. RIAZ, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 10, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 19. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 10, 2016, are adopted in full;

    2. Defendants' motion to dismiss, ECF No. 15, is granted in part and denied in part;

3. Defendant Bodenhamer is dismissed form this action; and

4. This action shall proceed only against defendant Dr. Ruiz on plaintiff's Eight Amendment claim for deliberate indifference to his serious medical needs.

Dated:  July 8, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2