UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. NORMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. RIAZ,<br><br>  Defendant. | No. 2:15-cv-1346 GEB AC P<br><br><br><br>ORDER |

The district judge has adopted the undersigned's findings and recommendations dismissing defendant Bodenhamer from this action, and directing that this action proceed only against sole remaining defendant Dr. Riaz. See ECF Nos. 19, 21. Accordingly, IT IS HEREBY ORDERED that defendant Dr. Riaz shall file and serve an answer to plaintiff's complaint within twenty-one days after the filing date of this order.

DATED: July 11, 2016

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE