UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. NORMAN, | No. 2:15-cv-1346 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| DR. RIAZ, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, seeks reconsideration of this court's order filed July 11, 2016, ECF No. 21, and to vacate all deadlines in this case pending such reconsideration. See ECF No. 26.

Plaintiff challenges this court's adoption of the magistrate judge's June 10, 2016 findings and recommendations, ECF No. 19, without consideration of plaintiff's objections, ECF No. 20, which were timely signed but belatedly received by the court. In deference to plaintiff's request, the court has now reviewed the magistrate judge's findings and recommendations in light of plaintiff's objections. The court finds plaintiff's objections unpersuasive for the reasons set forth by the magistrate judge. See ECF No. 19 at 10-2. Therefore, the order of this court adopting the magistrate judge's findings and recommendations, ECF No. 21, shall remain in effect.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration and to vacate deadlines, ECF No. 26, is granted in part and denied in part;

2. The undersigned has reconsidered the court's order filed July 11, 2016, in light of plaintiff's objections to the magistrate judge's June 10, 2016 findings and recommendations, and affirms the July 11, 2016 order adopting the magistrate judge's findings and recommendations.

3. Plaintiff's request to vacate deadlines is denied as moot.

Dated: December 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2