# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DANIEL J. NORMAN,                              No. 2:15-cv-1346 GEB AC P

        Plaintiff,

  v.

DR. RIAZ,
                                                      **ORDER & WRIT OF HABEAS CORPUS**
      Defendant.                         **AD TESTIFICANDUM**
_____/

Daniel J. Norman, CDCR # AD-0740, a necessary and material witness in a settlement conference in this case on March 9, 2017, is confined in California State Prison, Sacramento (CSP-SAC), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #4, 501 I Street, Sacramento, California 95814, on Thursday, March 9, 2017 at 9:00 a.m.

## ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-SAC, P.O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place noted above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 17, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE